GRACE L. SANDOVAL
P.O BOX 712793
SAN DIEGO, CA 92171

FILED
2009 NOV -4 PM 1:25
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KMH _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

GRACE L. SANDOVAL )
v. )
SERGIO N. SANDOVAL )
)
)

Civil No. '09 CV 2462 JM  BLM

REQUEST FOR APPOINTMENT OF COUNSEL UNDER THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. 2000e 5(f)(1); DECLARATION IN SUPPORT OF REQUEST

1. I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

   **A.** my claim is meritorious (that is, I have a good case), and

   B. I have made a reasonably diligent effort to obtain counsel, and

   C. I am unable to find an attorney willing to represent me on terms that I can afford.

2. A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3. A. Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

   ___ Yes        _X_ No

1

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

    B.    Do you question the correctness of the Commission's "no reasonable cause" determination?

    ____ Yes    __X__ No

    C. If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? <u>Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel</u>.

(Attach additional sheets as needed)

| | |
|---|---|
| 1 | 4. Have you talked with any attorney about handling your claim? |
| 2 | ____ Yes      ⊠ No |
| 3 | If "YES," give the following information about each attorney with whom you talked: |
| 4 | Attorney: _____ |
| 5 | When: _____ |
| 6 | Where: _____ |
| 7 | How (by telephone, in person, etc.): _____ |
| 8 | Why attorney was not employed to handle your claim: _____ |
| 9 | _____ |
| 10 | _____ |
| 11 | _____ |
| 12 | Attorney: _____ |
| 13 | When: _____ |
| 14 | Where: _____ |
| 15 | How (by telephone, in person, etc.): _____ |
| 16 | Why attorney was not employed to handle your claim: _____ |
| 17 | _____ |
| 18 | _____ |
| 19 | _____ |
| 20 | Attorney: _____ |
| 21 | When: _____ |
| 22 | Where: _____ |
| 23 | How (by telephone, in person, etc.): _____ |
| 24 | Why attorney was not employed to handle your claim: _____ |
| 25 | _____ |
| 26 | _____ |
| 27 | _____ |
| 28 | (Attach additional sheets as needed) |

ODMA\PCDOCS\WORDPERFECT\21126\1 May 27, 1999 (3:42pm)

3

5. Explain any other efforts you have made to contact an attorney to handle your claim:

6. Give any other information which supports your application for the court to appoint an attorney for you:

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose:

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A.   <u>Employment</u>

Are you employed now?  ___ yes  _X_ no  ___ am self-employed

Name and address of employer:

If employed, how much do you earn per month? _____

If not employed, give month and year of last employment: **AUGUST 29, 2009**

How much did you earn per month in your last employment? $ **86.00 SHIFT**

If married, is your spouse employed? ___ yes ___ no

If "YES," how much does your spouse earn per month? _____

If you are a minor under age 21, what is your parents' or guardians' approximate monthly income? _____

B.  **Assets**

(i)  **Other Income**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity payments or other sources? ___ yes  **X** no

If "YES," give the amount received and identify the sources:

| $ Received | Source |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

(Attach additional sheets as necessary)

(ii) <u>Cash</u>

Have you any cash on hand or money in savings or checking accounts? ___ yes ___ no

If "YES," state total amount: _____

(iii) <u>Property</u>

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? _X_ yes ___ no

If "YES," give value and describe it:

| $ Value | Description |
|---|---|
| 27,000.00 | 2002 HONDA CIVIC LX CAR |
| 350.00 | 27" JVC TELEVISION |
| 350.00 | SULTAN MATRESS |
| 500.00 | JEWELRY |
| 1,000.00 | CLOTHES |
| 100.00 | SHOES |

C. <u>Obligations and Debts</u>

(i) <u>Dependents</u>

Your marital state is: ___ single ___ married _X_ widowed, separated or divorced.

Your total number of dependents is : _____

List those person you actually support, your relationship to them, and your monthly contribution to their support:

<u>Name/Relationship</u>     <u>Monthly Support Payment</u>

_____
_____
_____
_____
_____
_____
_____

(ii) <u>Debts and Monthly Bills</u>

List all creditors, including banks, loan companies and charge accounts, etc.

| <u>Creditor</u> | <u>Total Debt</u> | <u>Monthly Payment</u> |
|---|---|---|
| Rent: | | |
| Mortgage on Home: | | |
| Others: | | |

9. <u>Signature</u>

I declare under penalty of perjury that the above is true and correct.

Dated: _NOVEMBER 4, 2009_

_Grace L. Sandoval_
Signature

(Notarization is not required)

7