## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| GRACE L. SANDOVAL, | CASE NO. 09cv2462 JM(JMA) |
|---|---|
| Plaintiff, | ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |
| vs. | |
| SERGIO N. SANDOVAL, | |
| Defendant. | |

Over the past several years, Plaintiff Grace L. Sandoval has filed in excess of 90 separate actions in this district.  08cv1297, 08cv1621, 08cv1622, 08cv1623, 08cv1848, 08cv1849, 08cv1853, 98cv1854, 08cv1868, 08cv1869, 08cv1870, 08cv1944, 08cv2004, 08cv2005, 08cv2057, 08cv2104, 08cv2105, 08cv2151, 09cv0269, 09cv0422, 09cv423, 09cv0424, 09cv0437, 09cv0438, 09cv0441, 09cv0454, 09cv0455, 09cv0456, 09cv0474, 09cv0475, 09cv0476, 09cv0477, 09cv0478, 09cv0491, 09cv0492, 09cv0493,  09cv0494, 09cv0495, 09cv582, 09cv0583, 09cv585, 09cv586, 09cv0588, 09cv0600, 09cv0642, 09cv1232, 09cv1506, 09cv1506, 09cv1507, 09cv1508, 09cv1514, 09cv1515, 09cv1520, 09cv1524, 09cv1526, 09cv1849, 09cv2122, 09cv2141, 09cv2148, 09cv2204, 09cv2205, 09cv2206, 09cv2217, 09cv2218, 09cv2217, 09cv2218, 09cv2244, 09cv2245, 09cv2250, 09cv2251, 09cv2252, 09cv2304, 09cv2305, 09cv2306, 09cv2307, 09cv2308, 09cv2309, 09cv2310, 09cv2311, 09cv2312, 09cv2313, 09cv2450, 09cv2452, 09cv2453, 09cv2462,09cv2463, 09cv2464, 09cv2465, 09cv2466, 09cv2467.  Each action was brought in propria persona and in forma pauperis.  Each appears to have been dismissed as frivolous or for failure to state a claim.  The present complaint fairs

no better.

Without identifying the basis for the court's subject matter jurisdiction, the complaint sets forth a rambling narrative of charges and conclusions concerning, for example, theft of money from her mother, illegal aliens, the murder of orphans, the German race massacre, drug smuggling and other nefarious acts. As the present complaint, like the scores of previously filed complaints, fails to identify any basis for federal jurisdiction, or to set forth a coherent statement of her claims, the court dismisses the complaint at bar as frivolous, for failure to state a claim, and lack of subject matter jurisdiction.

The Clerk of Court is instructed to dismiss the action without prejudice as frivolous and for failure to state a claim. Until Plaintiff pays the filing fee or demonstrates an imminent danger of serious physical injury, the Clerk of Court is instructed to reject for filing any further documents from Plaintiff in this case. The court also denies Plaintiff's motion to proceed in forma pauperis and for appointment of counsel as moot.

**IT IS SO ORDERED.**

DATED: November 10, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:       All parties