# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

GRACE L. SANDOVAL,

              V.              **JUDGMENT IN A CIVIL CASE**

SERGIO N. SANDOVAL

                                  **CASE NUMBER:**    09cv2462 JM(JMA)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Clerk of Court is instructed to dismiss the action without prejudice as frivolous and for failure to state a claim. The court also denies Plaintiff's motion to proceed in forma pauperis and for appointment of counsel as moot..................................................................................................................
..................................................................................................................

| November 12, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                            S/ T. Lee
                                          (By) Deputy Clerk

                                          ENTERED ON November 12, 2009